IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA,

vs.

Case Number: 0090 1:23-cr-48-1

WILLIAM JOHN WYATT GALLMAN

DEFENDANT

SENTENCING MEMORMANDUM

The Defendant, by and through his undersigned attorney, respectfully submits the following information to aid the Court in its formulation of a sentence that is *sufficient but not greater than necessary* to achieve statutory sentencing objectives.[1] Specifically, the undersigned asks the Court to impose a sentence of non-incarceration.

PERSONAL BACKGROUND

William John Wyatt Gallman (John), was born on March 29, 1984 in Fountain Inn, South Carolina. He is currently 39 years old. He resides with his wife, (codefendant Joei Gallman) and his 12-year-old son by a previous relationship. John was raised in the upstate area of South Carolina. His parents divorced when John was 6 years old. His father was an alcoholic and abandoned the family. John acted out after his parents divorced and struggled emotionally. As time passed, his homelife stabilized and his mother remarried. The Defendant currently enjoys positive relationships with his mother and step-father as well as all family members.[2]

Unfortunately, the Defendant made some bad decisions beginning in early adolescence. He

---

[1] Title 18 § 3553(a).
[2] PSR ¶¶ 34-40.

1

experimented with alcohol beginning at age 14. He abused alcohol throughout his teen years into early adulthood. As a result, he had problems in high-school and withdrew from school due to fighting, tardiness, and generally, a lack of motivation. To his credit, he later earned his GED in 2009.[3]

John experimented with other drugs during his early 20s. Finally, in 2017, with the assistance of AA John became clean and sober. He does not use alcohol or any illegal drugs and maintains his involvement with AA.

John has made important decisions and positive changes since his troubled years of high-school and young adulthood. He along with his wife, owns a small but growing fabrication business. He has many years' experience in welding and computer aided design (AutoCAD) and Computer Numerated Controlled (CNC) Programing. He is essentially self-taught. The Defendant works hard. His small business is an asset to his family and community. He employs three full-time workers and contracts additional workers as needed. He is a tax paying business owner with a bright future.

<u>A Probationary Sentence Would Reflect the Seriousness of the Offense, Promote Respect for the Law, and Provide Just Punishment for the Offense</u>

Even though John had his share of problems while in high-school and as a young adult, he has learned that working hard and living a healthy life free from alcohol or substance abuse, has its rewards. He is extremely remorseful for his involvement in the instant offense. He certainly would do things differently if he had the opportunity. John simply wants to put this criminal matter behind him and move forward. If the sentencing guidelines applied to this class B misdemeanor, he would be classified as criminal history category I. As such, he is among those offenders least

---

[3] PSR ¶ 48.

likely to reoffend.[4]

The Defendant was released on bond on September 27, 2022. He remains in full compliance with all bond conditions. He has demonstrated that he takes his obligations to the Court seriously. If given a probationary sentence there is no reason to believe that he would not take full advantage of the opportunity.

Finally, John enjoys the full support of his family and friends. He submits the attached letter as an example of support written by a friend that knows him well.[5]

Respectfully submitted,

*s/ Ryan L. Beasley*
Ryan L. Beasley (# 9162)
Mary Hunter Tomlinson (# 13113)
Ryan L. Beasley, P.A.
416 East North Street
Greenville, SC 29601
T: (864) 679-7777

August 10, 2023
Greenville, South Carolina

---

[4] https://www.ussc.gov/research/research-reports/recidivism-among-federal-offenders-comprehensive-overview

[5] *See* Attachment A.